IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Brown, Pamela M | Case Number: 04 B 11966 |
| | Judge: Wedoff, Eugene R |
| Printed: 12/19/07 | Filed: 3/25/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Ch 7 Conversion:  October 18, 2007
Confirmed:  May 13, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 59,510.00 | |
| Secured: | | 52,927.97 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,910.00 |
| Trustee Fee: | | 2,972.03 |
| Other Funds: | | 700.00 |
| Totals: | 59,510.00 | 59,510.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 2,910.00 | 2,910.00 |
| 2. | Green Tree Finance Serv Corp | Secured | 41,853.65 | 41,853.65 |
| 3. | Cook County Treasurer | Secured | 1,755.00 | 1,229.89 |
| 4. | City Of Chicago | Secured | 370.00 | 259.12 |
| 5. | Drive Financial Services | Secured | 12,456.38 | 7,733.33 |
| 6. | Green Tree Finance Serv Corp | Secured | 2,642.70 | 1,851.98 |
| 7. | RoundUp Funding LLC | Unsecured | 1,515.00 | 0.00 |
| 8. | Drive Financial Services | Unsecured | 190.01 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 76.16 | 0.00 |
| 10. | B-Line LLC | Unsecured | 166.43 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 123.28 | 0.00 |
| 12. | Cook County Treasurer | Unsecured | 79.86 | 0.00 |
| 13. | Second City Construction Co | Secured | | No Claim Filed |
| 14. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 15. | Advocate Christ Hospital | Unsecured | | No Claim Filed |
| 16. | Andina & Irabagon | Unsecured | | No Claim Filed |
| 17. | Blatt Hasenmiller Leisker | Unsecured | | No Claim Filed |
| 18. | Advocate Christ Hospital | Unsecured | | No Claim Filed |
| 19. | Certified Svc. | Unsecured | | No Claim Filed |
| 20. | Christ Hospital | Unsecured | | No Claim Filed |
| 21. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 22. | Chatman Medical Practice | Unsecured | | No Claim Filed |
| 23. | MCI Residential | Unsecured | | No Claim Filed |
| 24. | Household Bank (SB) N A | Unsecured | | No Claim Filed |
| 25. | GC Services | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Brown, Pamela M

Printed: 12/19/07

Case Number: 04 B 11966
Judge: Wedoff, Eugene R
Filed: 3/25/04

| | | | | |
|---|---|---|---|---|
| 26. | Accounts Receiveable Service | Unsecured | | No Claim Filed |
| 27. | MRSI | Unsecured | | No Claim Filed |
| 28. | LTD Financial Services | Unsecured | | No Claim Filed |
| 29. | Midwest Diangnostic | Unsecured | | No Claim Filed |
| 30. | Risk Management Alternatives | Unsecured | | No Claim Filed |
| 31. | Comcast | Unsecured | | No Claim Filed |
| 32. | Simm Associates Inc | Unsecured | | No Claim Filed |
| 33. | PLS Financial | Unsecured | | No Claim Filed |
| 34. | Midwest Anesthesiologists | Unsecured | | No Claim Filed |
| 35. | Azulay & Azulay | Unsecured | | No Claim Filed |
| 36. | Ed Napleton Dodge | Unsecured | | No Claim Filed |
| 37. | Robert J Adams & Associates | Unsecured | | No Claim Filed |
| 38. | Therapy Providers | Unsecured | | No Claim Filed |

$ 64,138.47    $ 55,837.97

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 280.40 |
| 6.5% | 712.06 |
| 3% | 105.01 |
| 5.5% | 731.42 |
| 5% | 210.01 |
| 4.8% | 403.26 |
| 5.4% | 529.87 |
| | $ 2,972.03 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____